FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 00-623 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| TYESHON TERRELL CLAY, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1 | based on his numerous alleged failures to report as required to
2 | the Probation Office.
3 | and
4 | B. (X) The defendant has not met his burden of establishing by
5 | clear and convincing evidence that he is not likely to pose a
6 | danger to the safety of any other person or the community if
7 | released under 18 U.S.C. § 3142(b) or (c). This finding is
8 | based on the defendant's alleged failures to appear for drug
9 | testing and his arrest for vandalism in October 2007, while on
10 | supervised release.
11 | IT THEREFORE IS ORDERED that the defendant be detained pending
12 | the further revocation proceedings.

DATED: February 27, 2008

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                2