

FILED
CLERK, U.S. DISTRICT COURT

OCT 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 00-00623-GW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| | 18 U.S.C. § 3143(a) |
| TYESHON CLAY, | Allegations of Violations of Probation/Supervised Release |
| Defendant. | Conditions) |

On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

A. ( ✓ ) the appearance of defendant as required; and/or

B. ( ✓ ) the safety of any person or the community.

The Court concludes:

A. ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by conditions of release_

_____

_____

B.   (  ✓ ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _

he can abide by conditions of release

_____

_____

_____

_____

___

IT IS ORDERED defendant be detained.


DATED: October 9, 2008

_Carolyn Turchin_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE

[2/05]

2